MARY TRAIN, Administratrix of D. Train, v. GEORGE CON-
WELL, FISHER CONWELL and ELIAS CONWELL, Ex-
ecutors of Elias Conwell.

Supreme Court. November, 1793.

*Wilson's Red Book, 8.**

---

[1] Blank in manuscript.

* This case is also reported in *Bayard's Notebook, 4; Miller's Notebook, 46; Read's Notebook, 7.*

Per Curiam. The cases cited for defendants show that a judgment confessed by one executor where there are more may be reversed, but still it is a judgment, and therefore supports the plaintiff against the plea; but we do not say what we should do if the other executors came before us upon the execution.